**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JAMES LEROY THOMAS, | : No. 74 MM 2023 |
| Petitioner | : |
| v. | : |
| THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY, COMMONWEALTH OF PENN., | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2023, the Application for Leave to File Original Process is GRANTED, and the "Motion to Petition the Court for Redress of Grievance" is DENIED.